UNITED STATES DISTRICT COURT　　　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
March 27, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Brett Maurice Disiere,<br>　　Petitioner, | §<br>§<br>§ |
| v. | §　　Civil Action H-18-1124 |
| | § |
| Lorie Davis,<br>　　Respondent. | §<br>§ |

## Order of Adoption

On March 11, 2019, Magistrate Judge Peter Bray entered a memorandum and recommendation (D.E. 23), recommending that Brett Maurice Disiere's petition for writ of habeas corpus be denied with prejudice. Disiere filed a letter, which this court construes as objections. The objections are denied.

After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed _March 27_ 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge